**Ralph W. PRATT**

v.

**SYENERGY METHODS, INC.**

No. 84–526–M.P.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Raul L. Lovett, Providence, for petitioner.

Robert J. Dumouchel, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

■

**STATE**

v.

**John J. TAVONE.**

No. 82–62–C.A.

Supreme Court of Rhode Island.

Nov. 21, 1984.

Dennis J. Roberts II, Atty. Gen., Margaret R. Levy, Sp. Asst. Atty. Gen., for petitioner.

John F. Sheehan, Providence, for respondent.

ORDER

The petition to reargue is denied.

■

**The BACHMAN COMPANY**

v.

**John H. NORBERG, Tax Administrator.**

No. 84–427–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1984.

Carol E. Najarian, Providence, for petitioner.

Perry Shatkin, Chief Legal Office, Div. of Taxation, Dennis J. Roberts II, Atty. Gen., Donald G. Elbert, Jr., Asst. Atty. Gen., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.